1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RANDAL BAZZANO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) NO. 6:07-mj-00141 WMW
   |                               )
12 |         Plaintiff,            ) STIPULATION VACATING TRIAL DATE AND
   |                               ) RE-SETTING FOR STATUS CONFERENCE
13 |    v.                         ) HEARING; ORDER
   |                               )
14 | RANDAL BAZZANO,               ) Date: October 23, 2007
   |                               ) Time: 10:00 A.M.
15 |         Defendant.            ) Judge: Hon. William M. Wunderlich
   |                               )
16 |_____)

17

18       **IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel that the

19 trial date in the above-entitled court now set for October 15, 2007, may be vacated and that the matter be

20 re-set for status conference hearing on October 23, 2007, at 10:00 A.M.

21       This request is made by counsel for defendant because defendant's employment will be affected

22 due to the current harvest season and because counsel for defendant has a matter set for hearing in Fresno

23 on October 15, 2007, and will not be available for court at the time now set.  Additionally, counsel for

24 defendant needs additional time for case negotiation and defense preparation and investigation.  This

25 request will conserve time and resources for both parties and the court.

26 ///

27 ///

28 ///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: October 10, 2007                /s/   Elizabeth Waldow
                                       ELIZABETH WALDOW
                                       Chief Legal Officer
                                       National Park Service


                                       DANIEL J. BRODERICK
                                       Federal Defender

DATED: October 10, 2007         By    /s/   Marc Days
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       Randal Bazzano

**O R D E R**

IT IS SO ORDERED.

**Dated:   October 10, 2007**           /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE